UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO ORTIZ and JESUS VASQUEZ,

                                  Plaintiffs,

       -v-

MOUTON & BROWN TRUCKING LLC, ALBERTO
MORALES BUENO, and SERGHEI GRAMA,

                                  Defendants.

CIVIL ACTION NO.: 22 Civ. 8609 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 28, 2022, Plaintiffs Antonio Ortiz and Jesus Vasquez commenced this action in the Supreme Court of the State of New York, County of Bronx.  (ECF No. 1-1 at 3–11).  On October 10, 2022, Defendants Mouton & Brown Trucking LLC and Alberto Morales Bueno (the "Removing Defendants") filed a Notice of Removal to this Court.  (ECF No. 1 (the "Notice of Removal")).  On October 12, 2022, the Removing Defendants filed proof of service of the Notice of Removal on the Plaintiffs and Defendant Serghei Grama ("Grama").  (ECF No. 3).  On October 19, 2022, Plaintiffs appeared.  (ECF Nos. 5–6).  To date, the parties have not filed proof of service of the Summons and Complaint on Grama.

Accordingly, by **Wednesday, October 26, 2022**, Plaintiff shall file a status letter advising the Court of the status of service on Grama.

Dated:        New York, New York            SO ORDERED.
              October 20, 2022

_____
SARAH L. CAVE
**United States Magistrate Judge**