# LONDON FISCHER LLP

59 Maiden Lane
New York, New York 10038

IRVINE OFFICE
2505 McCabe Way, Suite 100
Irvine, California 92614

[LOS ANGELES OFFICE]
[…], Suite 1550
[…]nia 90017

> Defendants' letter-motion seeking to adjourn the initial case management conference set for Tuesday, November 22, 2022 at 4:30 p.m. (the "Conference") (ECF No. 12) is GRANTED, and the Conference is ADJOURNED sine die. An order endorsing the proposed case management plan is forthcoming.
>
> The Clerk of Court is respectfully directed to close ECF No. 12.
>
> SO ORDERED 11/16/22
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

**Via ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

    Re:    *Antonio Ortiz and Jesus Vasquez v. Mouton & Brown Trucking, LLC et al.*
            Docket No.:   22-CV-8609(USDC - SDNY)
            Incident date: 10/19/21
            Our File No:   133.0567002

Honorable Judge Cave:

      We represent defendants Mouton & Brown Trucking, LLC and Alberto Morales Bueno in the personal injury action referenced above. Please allow this to serve as an application on consent to adjourn the court conference currently scheduled for November 22, 2022.

      The reason for the request is a conflict with previously scheduled court-ordered depositions in another matter currently pending in Supreme Court, New York County. Counsel have conferred and have submitted their Rule 26 report prior to the filing of this application. Significantly, all sides have requested an early settlement conference in January, 2023.

      Counsel for each plaintiff has consented to the adjournment. Further, counsel have identified the following dates which are available for a conference: December 2, 8 and 16, 2022. In the event that these dates are not available to this Court, counsel will confer and advise as to additional available dates.

      Pursuant to Section 1 D of Your Honor's Individual Practices in Civil Cases, there have no prior requests for adjournment, the reason is set forth above, and all parties consent.

{N2264471.1 }

United States District Judge
Southern District of New York
November 16, 2022
Attention: Hon. Sarah L. Cave
Page 2

We appreciate Your Honor's consideration of this submission.

Respectfully Submitted,

LONDON FISCHER LLP

*Matthew K. Finkelstein*

Matthew K. Finkelstein (MF 6029)(For Defendants)

{N2264471.1 }