UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO ORTIZ and JESUS VASQUEZ,

                        Plaintiffs,

-v-

MOUTON & BROWN TRUCKING LLC, ALBERTO MORALES BUENO, and SERGHEI GRAMA,

                        Defendants.

CIVIL ACTION NO.: 22 Civ. 8609 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' letter-motion requesting, inter alia, an adjournment of the settlement conference scheduled for February 6, 2023 and extension of time to complete discovery (ECF No. 18 (the "Letter-Motion")). The Letter-Motion is GRANTED, and the Court orders as follows:

1. The settlement conference scheduled for Monday, February 6, 2023 at 2:00 p.m. is ADJOURNED to **Wednesday, March 22, 2023 at 2:00 p.m.** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York (the "Conference"). All other terms of the Court's Settlement Conference Scheduling Order dated November 22, 2022 (ECF No. 16) remain in full effect.

2. Shauna Fricano, the assigned claims professional for Crusader Insurance Company, may participate in the Conference telephonically. On the consent of counsel, neither Jordan Mouton nor Alberto Bueno are required to participate in the Conference.

3. The fact discovery deadline is EXTENDED to **Friday, June 30, 2023**. By **Friday, July 7, 2023**, the parties shall file a joint-letter certifying the completion of fact discovery.

4. All discovery, including expert discovery, shall be completed by **Monday, October 16, 2023**. By **Monday, October 23, 2023**, the parties shall file a letter certifying the completion of all discovery.

The Clerk of Court is respectfully directed to close ECF No. 18.

Dated:    New York, New York              SO ORDERED.
          January 9, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**