UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO ORTIZ and JESUS VASQUEZ,

                    Plaintiffs,

-v-

MOUTON & BROWN TRUCKING LLC, ALBERTO MORALES BUENO, and SERGHEI GRAMA,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 8609 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 9, 2023, Defendants Mouton & Brown Trucking, LLC and Alberto Morales Bueno requested an adjournment of the settlement conference, "so that if the case does not resolve at the [settlement] conference, there is still ample time to complete fact and expert discovery." (ECF No. 18 at 2). That same day, the Court adjourned the settlement conference to Wednesday, March 22, 2023 at 2:00 p.m., and granted an extension to the discovery deadlines. (ECF No. 19). Considering the extension granted by the Court, and the forthcoming settlement conference, the status conference scheduled for Friday, February 3, 2023 at 2:30 p.m. is ADJOURNED sine die.

Dated:     New York, New York
             January 27, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**