UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO ORTIZ and JESUS VASQUEZ,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>MOUTON & BROWN TRUCKING LLC, ALBERTO MORALES BUENO, and SERGHEI GRAMA,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO.: 22 Civ. 8609 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has been advised that the parties have reached a settlement in principle. (ECF min. entry Mar. 22, 2023). Accordingly, the parties shall file a stipulation of dismissal for review and endorsement by the Honorable Paul G. Gardephe by **Monday, April 24, 2023**.

Dated:　　New York, New York　　　SO ORDERED.
　　　　　March 23, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**